IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 7:25-mj-00027 |
|  | ) |  |
|  | ) | **MOTION** |
| vs. | ) | **TO REDACT DOCUMENT** |
|  | ) | **FILED AT ECF 20** |
| NYASIA SHANICE FOSTER | ) |  |
|  | ) |  |

Now comes the Defendant, Nyasia Shanice Foster, by and through her attorney, and respectfully moves this Court pursuant to Rule 49.1(e)(2) of the Federal Rules of Criminal Procedure to order that the document filed at ECF Number 20 on May 16, 2025 be redacted to remove information that may cause harm to the Defendant.

On May 15, 2025, this Court held a preliminary hearing and detention hearing in this case. On May 16, 2025, the Court entered an Order at ECF Number 20. On the second page of this Order, in lines 5 through 8, is a sentence starting with "Investigator Royal." This sentence contains information that, if made public, could cause harm to the defendant and/or other individuals. *See United States v. Doe*, 962 F.3d 139 (4th Cir. 2020). The information has already been further disseminated by the press. *See* Matthew Hensley, *'You going down': SC woman threatened informant in drug and money laundering case, court docs say,* The Post and Courier, May 20, 2025. The Defendant seeks redaction of the sentence

1

described above, to reduce the risk of harm to herself and her family if the information is further disseminated.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                Attorney for the Defendant

                *s/ Erica Soderdahl*
                Erica Soderdahl (Fed. Bar # 12606)
                Assistant Federal Public Defender
                75 Beattie Place, Suite 950
                Greenville, South Carolina 29601
                (864) 235-8714
                erica_soderdahl@fd.org

May 21, 2025
Greenville, South Carolina